UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MILSTEAD & ASSOCIATES, LLC
By: Andrew M. Lubin
Atty. ID:  AL0814
1 E. Stow Road
Marlton, NJ 08053
(856) 482-1400
File No.: 212024-9
Attorneys for Movant:  Select Portfolio Servicing,
Inc. as servicing agent for Wells Fargo Bank,
N.A., as Trustee, on behalf of the registered
holders of First Franklin Mortgage Loan Trust,
Mortgage Pass-Through Certificates, Series 2004-
FF6

Order Filed on August 15, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Valerie L. Yorker *dba* Mackie & Pammie
*dba* DJY & Gram

Case No.:  18-11040-MBK
Chapter 13

Hearing Date: August 14, 2018
Time: 9:00 a.m.

Judge:  Michael B. Kaplan

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following pages, number two (2) through two (2) is hereby ORDERED

**DATED: August 15, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of Select Portfolio Servicing, Inc. as servicing agent for Wells Fargo Bank, N.A., as Trustee, on behalf of the registered holders of First Franklin Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2004-FF6 under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following:

Real property more fully described as:

**316 Park Avenue, Hightstown, NJ 08520**

ORDERED that Movant shall be permitted to communicate with the Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy laws; and it is further

ORDERED that the Movant may join the Debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.