| UNITED STATES BANKRUPTCY COURT |
| --- |
| District of New Jersey |
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| Albert Russo<br>CN 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee |
| In re:<br><br>Valerie L. Yorker<br><br><br>Debtor(s) |

Order Filed on August 15, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-11040 / MBK

Chapter: 13

Hearing Date: August 14, 2018

Judge:  Michael B. Kaplan

## CHAPTER 13 STANDING TRUSTEE PRE-CONFIRMATION ORDER OF DISMISSAL

The relief set forth on the following page is **ORDERED**.

**DATED: August 15, 2018**

*Michael B. Kaplan (signature)*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed for:

- failure to file a feasible plan, income and/or budget statement
- lack of prosecution
- failure to resolve Trustee and/or creditor objection

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

The Chapter 13 Standing Trustee may pay the balance of the standard attorney fees to the debtor's counsel in the amount of $2111.23 from available funds on hand received prior to dismissal.

Any funds held by the Chapter 13 Standing Trustee from payments made on account of the debtor's plan shall be disbursed to the debtor, less any applicable trustee fees and commissions, except any adequate protection payments due under the proposed plan, or by Court order.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of this order.

United States Bankruptcy Court
District of New Jersey

In re:
Valerie L. Yorker
      Debtor

Case No. 18-11040-MBK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 16, 2018
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2018.
db             +Valerie L. Yorker,   316 Park. Ave.,   Hightstown, NJ 08520-4126

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2018 at the address(es) listed below:
         Albert   Russo    docs@russotrustee.com
         Alexandra T. Garcia    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
          Homestar Mortgage Acceptance Corp., Asset-Backed Pass Through Certificates, Series 2004-6
          NJECFMAIL@mwc-law.com,   nj-ecfmail@ecf.courtdrive.com
         Andrew M. Lubin    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee, on behalf of the
          registered holders of First Franklin Mortgage Loan Trust, Mortgage Pass-Through Certificates,
          Series 2004-FF6 bkecf@milsteadlaw.com,   alubin@milsteadlaw.com
         Andrew M. Lubin    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for
          Wells Fargo Bank, N.A. bkecf@milsteadlaw.com,   alubin@milsteadlaw.com
         Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
          Homestar Mortgage Acceptance Corp., Asset-Backed Pass Through Certificates, Series 2004-6
          dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
         Melissa S DiCerbo    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
          Homestar Mortgage Acceptance Corp., Asset-Backed Pass Through Certificates, Series 2004-6
          nj-ecfmail@mwc-law.com,   nj-ecfmail@ecf.courtdrive.com
         Rebecca Ann Solarz    on behalf of Creditor    HSBC BANK USA AS TRUSTEE FOR HMAC 2004-5
          rsolarz@kmllawgroup.com
         Robert P. Saltzman    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
          Homestar Mortgage Acceptance Corp., Asset-Backed Pass Through Certificates, Series 2004-6
          dnj@pbslaw.org
         Robert P. Saltzman    on behalf of Creditor    HSBC Bank USA, National Association for HomeStar
          Mortgage Acceptance Corp., Asset-Backed Pass-Through Certificates, Series 2004-5 dnj@pbslaw.org
         Seymour   Wasserstrum    on behalf of Debtor Valerie L. Yorker mylawyer7@aol.com,
          ecf@seymourlaw.net
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                   TOTAL: 11